Form 148 – ntcdsmcs

**UNITED STATES BANKRUPTCY COURT**

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 17−23810−ABA
Chapter: 13
Judge: Andrew B. Altenburg Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Beth K Bechard
  22 Hemple Rd
  Salem, NJ 08079

Social Security No.:
  xxx−xx−6897

Employer's Tax I.D. No.:

**NOTICE OF ORDER DISMISSING CASE**

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 8/6/18.

  Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

Dated: August 7, 2018
JAN: ml

                    Jeanne Naughton
                    Clerk

```
United States Bankruptcy Court
        District of New Jersey
In re:                                                              Case No. 17-23810-ABA
Beth K Bechard                                                      Chapter 13
        Debtor
```

## CERTIFICATE OF NOTICE

```
District/off: 0312-1          User: admin              Page 1 of 1           Date Rcvd: Aug 07, 2018
                              Form ID: 148             Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 09, 2018.
db             +Beth K Bechard,    22 Hemple Rd,    Salem, NJ 08079-9445
lm             +MidFirst Bank,    Midfirst Plaza,    501 NW Grand Boulevard,    Oklahoma City, OK 73118-6037
517047168      +MidFirst Bank,    999 NorthWest Grand Boulevard,    Oklahoma City, OK 73118-6051
516924771      +MidFirst Bank,    KLM Law Group PC,    216 Haddon Ave., Suite 406,    Collingswood, NJ 08108-2812
516924772       Midland Mortgage,    Po Box 5025,    Oklahoma City, OK 73126
516924773      #+Midwest Recovery Systems,    2747 W. Clay St A,    Saint Charles, MO 63301-2557

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Aug 08 2018 00:02:15      U.S. Attorney,    970 Broad St.,
                 Room 502,    Rodino Federal Bldg.,    Newark, NJ 07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Aug 08 2018 00:02:11      United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,   Suite 2100,
                 Newark, NJ 07102-5235
516924767      +EDI: GMACFS.COM Aug 08 2018 03:18:00      Ally Financial,    PO Box 130424,
                 Saint Paul, MN 55113-0004
516924768       E-mail/Text: bankruptcy@pepcoholdings.com Aug 08 2018 00:01:36      Atlantic City Electric Company,    Pepco Holdings, Inc.,
                 Bankruptcy Division, Mail Stop 84CP42,    5 Collins Drive, Suite 2133,
                 Carneys Point, NJ 08069-3600
516924769      +EDI: CCS.COM Aug 08 2018 03:18:00      CCS Collections,    PO Box 607,    Norwood, MA 02062-0607
516924770       EDI: DIRECTV.COM Aug 08 2018 03:20:00      Directv,    Po Box 11732,    Newark, NJ 07101-4732
517136350      +EDI: AIS.COM Aug 08 2018 03:18:00      Directv, LLC,    by American InfoSource LP as agent,
                 4515 N Santa Fe Ave,    Oklahoma City, OK 73118-7901
                                                                                              TOTAL: 7

                ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Aug 09, 2018                              Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 7, 2018 at the address(es) listed below:
              Denise E. Carlon    on behalf of Creditor    MIDFIRST BANK dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com, summarymail@standingtrustee.com
              Rebecca Ann Solarz    on behalf of Creditor    MIDFIRST BANK rsolarz@kmllawgroup.com
              Seymour Wasserstrum    on behalf of Debtor Beth K Bechard mylawyer7@aol.com, ecf@seymourlaw.net
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                              TOTAL: 6
```